# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ester Best Mitchell,** | : |
| **Plaintiff,** | : |
| | : **Case No.: 1:06-CV-0491 (RMC)** |
| v. | : |
| **Bannum, Inc.,** | : |
| **Defendant.** | : |

## AFFIDAVIT OF SERVICE

The undersigned deposes and says:

1. That she is more than 18 years of age and is not a party to this action and is competent to testify.

2. That on Friday, July 7, 2006, at approximately 10:10 a.m., I served the Summons, Complaint and accompanying documents on the Registered Agent of defendant Bannum, Inc., Charlotte Ingram, by leaving said documents at her office, Ingram Associates, Inc., which is located at 2120 L Street, N.W., Suite 215, Washington, D.C. 20037.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service/Return of Service is true and correct.


Executed on July 18, 2006                          /s/
                                                                           S. Imani Berk
                                                                           1100 H Street, N.W.
                                                                           Suite 920
                                                                           Washington, D.C.  20005