UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL, :
:
Plaintiff, :
:
v. : Case No.: 1:06-CV-00491
: Judge Rosemary M. Collyer
BANNUM, INC. :
:
Defendant. :

## STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

By agreement of counsel, defendant Bannum, Inc. shall have an enlargement of time up to and including August 11, 2006 to respond to the Complaint.

Respectfully submitted,

CARR MALONEY P.C.

_____
Gregory L. Lattimer, Esquire /by KMM with consent
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095 (Telephone)

and

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005

*Attorneys for Plaintiff*

_____
Kevin M. Murphy, Esquire
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed, postage prepaid, this 25th day of July, 2006 to:

>Gregory L. Lattimer, Esquire
>1100 H Street, N.W.
>Suite 920
>Washington, D.C. 20005
>
>Donald M. Temple, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005

_____
Kevin M. Murphy