UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,

    Plaintiff,

v.

BANNUM, INC.

    Defendant.

Case No.: 1:06-CV-00491
Judge Rosemary M. Collyer

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, Bannum Inc., with consent of Plaintiff, hereby moves for an enlargement of time up to and including August 11, 2006 to respond to the Complaint. In support, defendant states:

1. Counsel filed on July 25, 2006 a Stipulation for Enlargement of Time to Respond to Complaint, but should have filed a consent Motion.

2. This Consent Motion requests the relief to which the parties have agreed.

3. Defendant requires the enlargement because (a) time is needed to gather the key documents and information to determine whether or not a preliminary motion should be filed, and (b) defendant's counsel is on vacation from July 31 until August 7.

WHEREFORE, Defendant, with consent of Plaintiff's counsel, hereby requests the brief enlargement of time for filing a responsive pleading to the Complaint.

## POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6.

_____
Kevin M. Murphy


Respectfully submitted,

CARR MALONEY P.C.


_____
Kevin M. Murphy, Esquire
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed, postage prepaid, this 28th day of July, 2006 to:

>Gregory L. Lattimer, Esquire
>1100 H Street, N.W.
>Suite 920
>Washington, D.C. 20005
>
>Donald M. Temple, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005

_____
Kevin M. Murphy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,      :
                          :
        Plaintiff,        :
                          :
v.                        :   Case No.: 1:06-CV-00491
                          :   Judge Rosemary M. Collyer
BANNUM, INC.              :
                          :
        Defendant.        :

### ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to Respond to Complaint, and there being no Opposition, it is this _____ day of _____, 2006;

ORDERED, that said Consent Motion be, and the same hereby is GRANTED, and defendant shall have up to and including August 11, 2006 to respond to the Complaint.

_____
Judge Rosemary M. Collyer

cc:   Kevin M. Murphy, Esquire
      Carr Maloney P.C.
      1615 L Street, N.W.
      Suite 500
      Washington, D.C. 20036

      Gregory L. Lattimer, Esquire
      1100 H Street, N.W.
      Suite 920
      Washington, D.C. 20005

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005