## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL,<br>Individually and as next best friend of<br>Cleveland McKinney, Jr.<br>3714 Walters Lane<br>Forestville, MD  20747<br><br>            Plaintiff,<br><br>    v.<br><br>BANNUM, INC.,<br>8726 Old C.R. 54, Suite E<br>New Port Richey, FL  34653<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No.:  1:06-CV-00491<br>:  Judge:  Rosemary M. Collyer<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

Please enter the appearance of Cedric D. Miller, Esquire, as co-counsel for Defendant, Bannum, Inc.

                                                    Respectfully submitted,

                                                    CARR MALONEY P.C.

By:

                                  /s/ Cedric D. Miller_____
Kevin M. Murphy, D.C. Bar #388476
Cedric D. Miller, D.C. Bar #464651
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Entry of Appearance* was mailed, postage pre-paid, on this 26th day of September, 2006, to:

Gregory L. Lattimer, Esquire
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005


/s/ Cedric D. Miller_____
Cedric D. Miller