## AGREEMENT

AGREEMENT made this 7th day of May, 2003 between Bannum, Incorporated, ("the Assignor"), and Bannum Place of Washington, D.C., Inc. ("the Assignee").

## RECITALS

Assignor, on November 16, 2001 entered into a contract with the United States Department of Justice, Bureau of Prisons ("BOP") to provide residential Community Corrections Center ("CCC") services pursuant to contract number J200c-576, for a period of time as specified in that government contract, and upon the terms set forth in that original contract to be performed in the Washington, D.C. area.

WHEREAS, there exists in Washington, D.C. a heretofore unforeseen hostile and litigious political and social environment pertaining to, among other things, the location and operation of Federal CCC's with the District of Columbia, a situation unlike any other in which Bannum, Inc. operates similar contracts, and;

WHEREAS, the type of offender that the BOP intends to refer to the Community Corrections Center in Washington, D.C. will generally consist of more difficult, Male offenders with significantly more programming needs and significantly more challenging backgrounds and underlying offenses, and;

WHEREAS, several local groups have initiated frivolous appeals of the zoning determination of the D.C. Zoning Administrator, a local Councilman has sought a stop work order to block Bannum, Inc.'s performance, and several local fringe groups have made defamatory public remarks against Bannum, Inc., and;

WHEREAS, Bannum, Inc. has a long history of excellent performance of CCC programs for the Federal BOP spanning almost tow decades and does not wish for the Washington, D.C. CCC program to tarnish its performance history and its reputation, and;

WHEREAS, Bannum Place of Washington, D.C., Inc. has been created for the purpose of protecting Bannum, Inc.'s property interests in its reputation and goodwill;

NOW, THEREFORE, IT IS AGREED:

1.   *Assignment.* Assignor hereby assigns to Assignee all of its interest in the contract with the United States Department of Justice, Bureau of Prisons, Contract Number J200c-576 dated November 16, 2001.

2.   *Performance of Duties.* Assignee hereby assumes and agrees to perform all of Assignor's duties under the contract, and shall indemnify and hold harmless Assignor from any claim or demand made thereunder.

3. The contract is by its terms assignable, the performance of duties thereunder delegable, and Assignee desires to acquire rights and is willing to perform the duties of Assignor thereunder.

In witness whereof, the Parties have executed this instrument.

For Bannum, Inc.

By: _John Rich_
Title: _President_

For Bannum Place of Washington, D.C., Inc.

By: _Arnold R. Rick_
Title: _Chairman_

Exhibit A

Pursuant to a resolution of the Board of Directors of Bannum, Inc., a Kentucky corporation having its principal offices at 2165 Sunnydale Boulevard, Suite C, Clearwater, Florida, and in consideration of its agreement to accept all current and future liabilities as a result of the BOP Contract Number J200c-576 and to indemnify, defend and hold harmless, Bannum, Inc. and its shareholders and officers from any and all current and future liabilities, Bannum hereby assigns to Bannum Place of Washington, D.C., Inc. all of its interest in the attached BOP contract and the associated real property lease agreement.

In witness whereof, Bannum, Inc. has executed this instrument by its President and its Secretary on this 7th day of May, 2003.

Bannum, Inc.

By: _____

Attest:

_____
Secretary

Exhibit B

Pursuant to a resolution of the Board of Directors of Bannum Place of Washington, D.C., Inc., a District of Columbia corporation having its principal offices at 2210 Adams Place, N.E. Washington, D.C., and in consideration of its agreement to accept all current and future liabilities as a result of the BOP Contract Number J200c-576 and to indemnify, defend and hold harmless, Bannum, Inc. and its shareholders and officers from any and all current and future liabilities, Bannum hereby assigns to Bannum Place of Washington, D.C., Inc. all of its interest in the attached BOP contract and the associated real property lease agreement.

In witness whereof, Bannum, Inc. has executed this instrument by its Chairman and its Secretary on this 7th day of May, 2003.

Bannum Place of Washington D.C., Inc.

By: _____

Attest:

_____
Secretary