| AWARD/CONTRACT | 1 THIS CONTRACT IS A RATED ORDER | RATING | PAGE OF PAGES |
|---|---|---|---|
| 2. CONTRACT (Proc. Inst. Ident.) NO. J200C-576 | 3. EFFECTIVE DATE 03/01/02 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 186 & 209/Grinley | 1 17 |

5. ISSUED BY CODE

.S. Department of Justice
eral Bureau of Prisons
n: CCC Contracts (5006)
First Street, N.W.
shington, D.C. 20534

6. ADMINISTERED BY (If other than Item 5) CODE

Michelle D. Aceto
(202) 307-0093

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

Bannum, Inc.
1801 Seminole Boulevard, Suite 126
Largo, Florida 33770
Attn: Mr. David Lowry
(727) 588-2594

ORIGINAL

8. DELIVERY

DESTINATION

☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

N/A

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN → ITEM G.3(d)

CODE | FACILITY CODE

11. SHIP TO/MARK FOR CODE
2210 Adams Place, NE
Washington, DC

12. PAYMENT WILL BE MADE BY CODE
FBOP, Mid-Atlantic Region Office
10010 Junction Drive, Suite 101-N
Annapolis Junction, MD 20701

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( )   ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
FP 010009T1310 2522 YREGDOC
Funds will be obligated by each deliver order.

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1. | Provide residential Community Corrections Center services in accordance with RFP 200-0593-MA Line Item 1 & RFP 200-0604-MA Line Items 1 & 2 (Continued See SF-36) | Line Item One (RFP 200-0593-MA) | | | |
| | | Min. 4,745 | ID | $80.00 | $379,600.00 |
| | | Maximum 18,250 | ID | $80.00 | $1,460,000.00 |
| | | Line Item Two (RFP 200-0604-MA) | | | |
| | | Min. 7,300 | ID | $80.00 | $584,000.00 |
| | | Max. 18,250 | ID | $80.00 | $1,460,000.00 |
| | | Line Item Three (RFP 200-0593-MA) | | | |
| | | Min. 7,300 | ID | $80.00 | $584,000.00 |
| | | Max. 18,250 | ID | $80.00 | $1,460,000.00 |
| | Minimum Base Period Total | | | | $1,547,600.00 |

15G. TOTAL AMOUNT OF CONTRACT ▶ $1,547,600.00

16. TABLE OF CONTENTS

| (✗) | SEC. | DESCRIPTION | PAGE(S) | (✗) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☒ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number RFP 200-0593-MA & RFP 200-060 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
DAVID A. LOWRY EX. DIR.

19B. NAME OF CONTRACTOR
BY _(Signature of person authorized to sign)_
19C. DATE SIGNED 10-25-01

20A. NAME OF CONTRACTING OFFICER
Andrew L. Payne

20B. UNITED STATES OF AMERICA
BY _(Signature of Contracting Officer)_

20C. DATE SIGNED 11/16/01

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107

*U.S. Government Printing Office: 1996 — 387-722/10087

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

## CONTINUATION SHEET

| REFERENCE NO OF DOCUMENT BEING CONTINUED | PAGE |
|---|---|
| J200c-576 | 2 of 17 |

OF OFFEROR OR CONTRACTOR

Bannum, Inc.

| NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| (continued #1) | | | | | |
| | Business, Technical, and Past Performance proposals submitted by Bannum, Inc. dated May 22, 2000. Amendment Number 1 dated 4-17-00, Amendment Number 2 dated 7-27-00, Amendment Number 3 dated 4-4-01, Amendment Number 4 dated 10-12-01. Discussion letters dated 08-30-00; 09/12/00; 11-06-00; 12-11-00; First Final Proposal Revision dated 1-23-01 and additional Discussion letters dated 03-28-01; 4-9-01; 4-23-01; 4-27-01; 7-9-01; 7-10-01; 9-4-01.  The second Final Proposal Revision Request 09-19-01 and the second Final Proposal Revision dated 09-28-01 and 10-01-01. | | | | |
| 2. | Performance shall begin March 1, 2001, and/or upon Government's issuance of Notice to Proceed. | | | | |
| 3. | Home confinement and Furlough services shall be provided at one-half (1/2) the rate of regular inmate day services. | | | | |
| 4. | Option Years, if exercised, will begin March 1. | | | | |
| 5. | Option Years for the three line items, minimum and maximum number of inmate days and rates are as follows: | | | | |
| | Line Item One (RFP 200-0593-MA) | | | | |
| | 03/01/03 through 02/29/04 Minimum | 4,745 | ID | $80.00 | $379,600.00 |
| | Maximum | 18,250 | ID | 80.00 | $1,460,000.00 |
| | 03/01/04 through 02/29/05 Minimum | 4,745 | ID | 80.00 | $379,600.00 |
| | Maximum | 18,300 | ID | 80.00 | $1,464,000.00 |
| | 03/01/05 through 02/29/06 Minimum | 4,745 | ID | 80.00 | $379,600.00 |
| | Maximum | 18,250 | ID | 80.00 | $1,460,000.00 |
| | 03/01/06 through 02/29/07 Minimum | 4,745 | ID | 80.00 | $379,600.00 |
| | Maximum | 18,250 | ID | 80.00 | $1,460,000.00 |

10/26/01  FRI 15:23  [TX/RX NO 6685]

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE |
|---|---|
| J200c-576 | 3 of 17 |

NAME OF OFFEROR OR CONTRACTOR

Banaum, Inc.

| M NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Line Item Two (RFP 200-0604-MA) | | | | |
| | 03/01/03 through 02/29/04 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |
| | 03/01/04 through 02/29/05 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,300 | | ID | 80.00 | $1,464,000.00 |
| | 03/01/05 through 02/29/06 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |
| | 03/01/06 through 02/29/07 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |
| | Line Item Three (RFP 200-0604-MA) | | | | |
| | 03/01/03 through 02/29/04 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |
| | 03/01/04 through 02/29/05 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,300 | | ID | 80.00 | $1,464,000.00 |
| | 03/01/05 through 02/29/06 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |
| | 03/01/06 through 02/29/07 Minimum 7,300 | | ID | 80.00 | $584,000.00 |
| | Maximum 18,250 | | ID | 80.00 | $1,460,000.00 |

6.   Section F - Deliveries

Remove all the Contract Specialists
names and replace with ※All
Warranted Contract Specialists in
Community Corrections Contracting
Section.

7.   Section I- Replace this section
with the attached Section I for RFP
200-0593-MA and RFP 200-0604-MA.

8.   Section G.3(a) add ※Invoices must
include appropriate contract
number.※

U.S. Government Printing Office, 1993 — 342-198/80024

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

10/26/01  FRI 15:23  [TX/RX NO 6685]

RFP 200-0604-MA

PART II - CONTRACT CLAUSES

SECTION I

CONTRACT CLAUSES

I.1   52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http:www.arnet.gov/far

I.  FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.202-1 | MAY 2001 | DEFINITIONS |
| 52.203-3 | APR 1984 | GRATUITIES |
| 52.203-5 | APR 1984 | COVENANT AGAINST CONTINGENT FEES |
| 52.203-6 | JUL 1995 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT |
| 52.203-7 | JUL 1995 | ANTI-KICKBACK PROCEDURES |
| 52.203-8 | JAN 1997 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR OR IMPROPER ACTIVITY |
| 52.203-10 | JAN 1997 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-12 | JUN 1997 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS |
| 52.204-4 | AUG 2000 | PRINTED OR COPIED DOUBLED-SIDED ON RECYCLED PAPER |
| 52.209-6 | JUL 1995 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT |
| 52.215-2 | JUN 1999 | AUDIT AND RECORDS--NEGOTIATION |
| 52.215-8 | OCT 1997 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT |
| 52.215-10 | OCT 1997 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA |
| 52.215-12 | OCT 1997 | SUBCONTRACTOR COST OR PRICING DATA |
| 52.215-18 | OCT 1997 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS |
| 52.217-2 | OCT 1997 | CANCELLATION UNDER MULTIYEAR CONTRACTS |
| 52.219-8 | OCT 2000 | UTILIZATION OF SMALL BUSINESS CONCERNS |
| 52.219-9 | OCT 2000 | SMALL BUSINESS SUBCONTRACTING PLAN |
| 52.219-16 | JAN 1999 | LIQUIDATED DAMAGES--SUBCONTRACTING PLAN |
| 52.222-3 | AUG 1996 | CONVICT LABOR |

| | | |
|---|---|---|
| 52.222-4 | SEP 2000 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION |
| 52.222-21 | FEB 1999 | PROHIBITION OF SEGREGATED FACILITIES |
| 52.222-26 | FEB 1999 | EQUAL OPPORTUNITY |
| 52.222-35 | APR 1998 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA |
| 52.222-36 | JUN 1998 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES |
| 52.222-41 | MAY 1989 | SERVICE CONTRACT ACT OF 1965, AS AMENDED |
| 52.222-43 | MAY 1989 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) |
| 52.223-6 | MAY 2001 | DRUG-FREE WORKPLACE |
| 52.223-14 | OCT 2000 | TOXIC CHEMICAL RELEASE REPORTING |
| 52.224-1 | APR 1984 | PRIVACY ACT NOTIFICATION |
| 52.224-2 | APR 1984 | PRIVACY ACT |
| 52.225-13 | JUL 2000 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES |
| 52.227-1 | JUL 1995 | AUTHORIZATION AND CONSENT |
| 52.227-2 | AUG 1996 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT |
| 52.229-3 | JAN 1991 | FEDERAL, STATE, AND LOCAL TAXES |
| 52.229-5 | APR 1984 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO |
| 52.232-1 | APR 1984 | PAYMENTS |
| 52.232-8 | MAY 1997 | DISCOUNTS FOR PROMPT PAYMENT |
| 52.232-11 | APR 1984 | EXTRAS |
| 52.232-17 | JUN 1996 | INTEREST |
| 52.232-18 | APR 1984 | AVAILABILITY OF FUNDS |
| 52.232-23 | JAN 1986 | ASSIGNMENT OF CLAIMS |
| 52.232-25 | MAY 2001 | PROMPT PAYMENT |
| 52.232-34 | MAY 1999 | PAYMENT BY ELECTRONIC FUNDS TRANSFER-- OTHER THAN CENTRAL CONTRACTOR REGISTRATION |
| 52.233-1 | DEC 1998 | DISPUTES |
| 52.233-3 | AUG 1996 | PROTEST AFTER AWARD |
| 52.242-13 | JUL 1995 | BANKRUPTCY |
| 52.243-1 | AUG 1987 | CHANGES - FIXED-PRICE Alternate I (APR 1984) |
| 52.246-25 | FEB 1997 | LIMITATION OF LIABILITY - SERVICES |
| 52.248-1 | FEB 2000 | VALUE ENGINEERING |
| 52.249-2 | SEP 1996 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) |
| 52.249-8 | APR 1984 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) |
| 52.253-1 | JAN 1991 | COMPUTER GENERATED FORMS |

[End of Clause]

I.2   **52.204-1 APPROVAL OF CONTRACT (DEC 1989)**

This contract is subject to the written approval of the Acquisition Branch and shall not be binding until so approved.

I.3· 52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs,

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

*[End of Clause]*

I.4  52.216-18 ORDERING (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the date established by the notice to proceed through a period not to exceed the last day of the base period as set forth in Sections B and F, or the last day of an option period, if exercised, as set forth in Sections B and F.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

I.5  52.216-19 ORDER LIMITATIONS (OCT 1995)

(a)  Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than7,300 inmate days for the base period and each of the four option years for line items one and two, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b)  Maximum order. The Contractor is not obligated to honor--

(1)  Any order for a single item in excess of 18,250 inmate days for the base period and each of the four option year periods for line items one and two; cited due to this

being an indefinite quanitty type contract." See below

(2)    Any order for a single item in excess of 18,250 inmate days for the base period and each of the four option year periods for line items one and two; cited due to this being an indefinite quantity type contract." See below

"(An indefinite quantity type contract is one in which the purchaser agrees to buy the minimum quantity identified for the specified services herein from the awardee to fill all the purchaser's needs during the period fo the contract.

(3)    A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above

(c)    If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitation in paragraph (b) above.

(d)    Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within ten days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for the reasons.  Upon receiving this notice, the Government may acquire the supplies or services from another source

## I.6    52.216-22 INDEFINITE QUANTITY (OCT 1995)

(a)  This is an indefinite-quantity contract for the supplies or services specified. and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b)  Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum."  The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c)  Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d)  Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 02-28-07 .

[End of Clause]

1.7  52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor by the last day of the current performance period.
[End of Clause]

1.8  52.217-9  OPTION TO EXTEND THE TERM OF THE CONTRACT (NOV 1999)

(a) The Government may extend the term of this contract by written notice to the Contractor by the first day of the ensuing option period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.
[End of Clause]

1.9  52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1999)(DEVIATION)(SECTION F SUBCONTRACT $25,000)

(a) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on--

(1) The number of disabled veterans and the number of veterans of the Vietnam era in the workforce of the contractor by job category and hiring location; and

(2) The total number of new employees hired during the period covered by the report, and of that total, the number of disabled veterans, and the number of veterans of the Vietnam era.

(b) The above items shall be reported by completing the form entitled "Federal Contractor Veterans' Employment Report VETS-100."

(c) Reports shall be submitted no later than September 30 of each year beginning September 30, 1988.

(d) The employment activity report required by paragraph (a)(2) of this clause shall reflect total hires during the most recent 12-month period as of the ending date selected for the employment profile report required by paragraph (a)(1) of this clause. Contractors may select an ending date:

(1) As of the end of any pay period during the period January through March 1st of the year the report is due, or

(2) as of December 31, if the contractor has previous written approval from the Equal Employment Opportunity Commission to do so for purposes of submitting the Employer Information Report EEO-1 (Standard Form 100).

(e) The count of veterans reported according to paragraph (a) of this clause shall be based on voluntary disclosure. Each Contractor subject to the reporting requirements at 38 U.S.C. 4212 shall invite all disabled veterans and veterans of the Vietnam era who wish to benefit under the affirmative action program at 38 U.S.C. 4212 to identify themselves to the Contractor. The invitation shall state that the information is voluntarily provided; that the information will be kept confidential; that disclosure or refusal to provide the information will not subject the applicant or employee to any adverse treatment; and that the information will be used only in accordance with the regulations promulgated under 38 U.S.C. 4212.

(f) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $25,000 or more unless exempted by rules, regulations, or orders of the Secretary.

[End of Clause]

# I.10 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.
THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION.

| Employee Class | Monetary Wage |
| --- | --- |
| 01040 Desk Clerk | GS 4,5 |
| 01310 Secretary | GS 5,6 |
| 07041 Cook I | WG 7,8 |
| 07042 Cook II | WG, 8 |
| 07070 Dishwasher | WG 3,4 |
| 07100 Food Service Worker | WG 3,4 |
| 11150 Janitor | WG 3,4 |
| 23370 General Maintenance Worker | WG 6,7 |
| 27101 Guard I | WG 4,5 |
| 90180 Accounting Clerk I | GS 4,5 |
| A0180 Accounting Clerk II | GS 5,6 |
| B0180 File Clerk | GS 4,5 |

# I.11 52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond September 30. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond September 30, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.
[End of Clause]

I.12  52.244-6  SUBCONTRACTS FOR COMMERCIAL ITEMS (MAY 2001)

(a)  Definitions. As used in this clause—

"Commercial item" has the meaning contained in the clause at 52.202-1, Definitions

"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b)  To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)  (1)  The following clauses shall be flowed down to subcontracts for commercial items

(i)  52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii)  52.222-26, Equal Opportunity (FEB 1999) (E.O. 11246).

(iii)  52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

(iv)  52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

(v)  52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (JUN 2000) (46 U.S.C. Appx 1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).

(2)  While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d)  The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

[End of Clause]

I.13  52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a)  The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b)  The use in this solicitation or contract of any Justice Acquisition Regulation clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

[End of Clause]

[END OF SECTION]

PART II - CONTRACT CLAUSES

SECTION I

CONTRACT CLAUSES

I.1    52.252-2   CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http:www.arnet.gov/far

i. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.202-1 | MAY 2001 | DEFINITIONS |
| 52.203-3 | APR 1984 | GRATUITIES |
| 52.203-5 | APR 1984 | COVENANT AGAINST CONTINGENT FEES |
| 52.203-6 | JUL 1995 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT |
| 52.203-7 | JUL 1995 | ANTI-KICKBACK PROCEDURES |
| 52.203-8 | JAN 1997 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR OR IMPROPER ACTIVITY |
| 52.203-10 | JAN 1997 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-12 | JUN 1997 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS |
| 52.204-4 | AUG 2000 | PRINTED OR COPIED DOUBLED-SIDED ON RECYCLED PAPER |
| 52.209-6 | JUL 1995 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT |
| 52.215-2 | JUN 1999 | AUDIT AND RECORDS--NEGOTIATION |
| 52.215-8 | OCT 1997 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT |
| 52.215-10 | OCT 1997 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA |
| 52.215-12 | OCT 1997 | SUBCONTRACTOR COST OR PRICING DATA |
| 52.215-18 | OCT 1997 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS |
| 52.217-2 | OCT 1997 | CANCELLATION UNDER MULTIYEAR CONTRACTS |
| 52.219-8 | OCT 2000 | UTILIZATION OF SMALL BUSINESS CONCERNS |
| 52.219-9 | OCT 2000 | SMALL BUSINESS SUBCONTRACTING PLAN |
| 52.219-16 | JAN 1999 | LIQUIDATED DAMAGES--SUBCONTRACTING PLAN |
| 52.222-3 | AUG 1996 | CONVICT LABOR |

| | | |
|---|---|---|
| 52.222-4 | SEP 2000 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION |
| 52.222-21 | FEB 1999 | PROHIBITION OF SEGREGATED FACILITIES |
| 52.222-26 | FEB 1999 | EQUAL OPPORTUNITY |
| 52.222-35 | APR 1998 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA |
| 52.222-36 | JUN 1998 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES |
| 52.222-41 | MAY 1989 | SERVICE CONTRACT ACT OF 1965, AS AMENDED |
| 52.222-43 | MAY 1989 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) |
| 52.223-6 | MAY 2001 | DRUG-FREE WORKPLACE |
| 52.223-14 | OCT 2000 | TOXIC CHEMICAL RELEASE REPORTING |
| 52.224-1 | APR 1984 | PRIVACY ACT NOTIFICATION |
| 52.224-2 | APR 1984 | PRIVACY ACT |
| 52.225-13 | JUL 2000 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES |
| 52.227-1 | JUL 1995 | AUTHORIZATION AND CONSENT |
| 52.227-2 | AUG 1996 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT |
| 52.229-3 | JAN 1991 | FEDERAL, STATE, AND LOCAL TAXES |
| 52.229-5 | APR 1984 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO |
| 52.232-1 | APR 1984 | PAYMENTS |
| 52.232-8 | MAY 1997 | DISCOUNTS FOR PROMPT PAYMENT |
| 52.232-11 | APR 1984 | EXTRAS |
| 52.232-17 | JUN 1996 | INTEREST |
| 52.232-18 | APR 1984 | AVAILABILITY OF FUNDS |
| 52.232-23 | JAN 1986 | ASSIGNMENT OF CLAIMS |
| 52.232-25 | MAY 2001 | PROMPT PAYMENT |
| 52.232-34 | MAY 1999 | PAYMENT BY ELECTRONIC FUNDS TRANSFER-- OTHER THAN CENTRAL CONTRACTOR REGISTRATION |
| 52.233-1 | DEC 1998 | DISPUTES |
| 52.233-3 | AUG 1996 | PROTEST AFTER AWARD |
| 52.242-13 | JUL 1995 | BANKRUPTCY |
| 52.243-1 | AUG 1987 | CHANGES - FIXED-PRICE Alternate I (APR 1984) |
| 52.246-25 | FEB 1997 | LIMITATION OF LIABILITY - SERVICES |
| 52.248-1 | FEB 2000 | VALUE ENGINEERING |
| 52.249-2 | SEP 1996 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) |
| 52.249-8 | APR 1984 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) |
| 52.253-1 | JAN 1991 | COMPUTER GENERATED FORMS |

[End of Clause]

I.2   **52.204-1 APPROVAL OF CONTRACT (DEC 1989)**

This contract is subject to the written approval of the Acquisition Branch and shall not be binding until so approved.

I.3   52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a)  The Contractor shall make the following notifications in writing:

(1)  When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2)  The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b)  The Contractor shall--

(1)  Maintain current, accurate, and complete inventory records of assets and their costs;

(2)  Provide the ACO or designated representative ready access to the records upon request;

(3)  Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4)  Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c)  The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

[End of Clause]

I.4   52.216-18 ORDERING (OCT 1995)

(a)  Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the date established by the notice to proceed through a period not to exceed the last day of the base period as set forth in Sections B and F, or the last day of an option period, if exercised, as set forth in Sections B and F.

(b)  All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c)  If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

I.5   52.216-19 ORDER LIMITATIONS (OCT 1995)

(a)  Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 4,745 inmate days for the one year base period and each of the four one year options for Line Item One and 7,300 inmate days for the one year base period and each of the four one year options for Line Item 2, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b)  Maximum order. The Contractor is not obligated to honor--

(1)  Any order for a single item in excess of 18,250 inmate days for the one year base period and for option years one, three and four and 18,300 inmate days for option year two for Line Item 1 and

29,200 inmate days for the one year base period and for option years one, three, and four and 29,280 inmate days for option year two for Line Item 2; cited due to this being an Indefinite Quantity type contract. * See below.

(2) Any order for a combination of items in excess of 18,250 inmate days for the one year base period and for option years one, three, and four and 18,300 inmate days for option year two for Line Item 1 and 29,200 inmate days for the one year base period and for option years one, three, and four and 29,280 inmate days for option year two for Line Item 2; cited due to this being an Indefinite Quantity type contract. * See below.

* (An indefinite quantity-type contract is one in which the purchaser agrees to buy the minimum quantity identified for the specified services herein from the awardee to fill all the purchaser's needs during the period of the contract.

(3) A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

## I.6    52.216-22 INDEFINITE QUANTITY (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 02-28-07 .

[End of Clause]

I.7   52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor by the last day of the current performance period.
[End of Clause]

I.8   52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (NOV 1999)

(a) The Government may extend the term of this contract by written notice to the Contractor by the first day of the ensuing option period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.
(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.
[End of Clause]

I.9   52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1999)(DEVIATION)(SECTION F SUBCONTRACT $25,000)

(a) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on--

(1) The number of disabled veterans and the number of veterans of the Vietnam era in the workforce of the contractor by job category and hiring location; and

(2) The total number of new employees hired during the period covered by the report, and of that total, the number of disabled veterans, and the number of veterans of the Vietnam era.

(b) The above items shall be reported by completing the form entitled "Federal Contractor Veterans' Employment Report VETS-100."

(c) Reports shall be submitted no later than September 30 of each year beginning September 30, 1988.

(d) The employment activity report required by paragraph (a)(2) of this clause shall reflect total hires during the most recent 12-month period as of the ending date selected for the employment profile report required by paragraph (a)(1) of this clause. Contractors may select an ending date:

(1) As of the end of any pay period during the period January through March 1st of the year the report is due, or

(2) as of December 31, if the contractor has previous written approval from the Equal Employment Opportunity Commission to do so for purposes of submitting the Employer Information Report EEO-1 (Standard Form 100).

(e) The count of veterans reported according to paragraph (a) of this clause shall be based on voluntary disclosure. Each Contractor subject to the reporting requirements at 38 U.S.C. 4212 shall invite all disabled veterans and veterans of the Vietnam era who wish to benefit under the affirmative action program at 38 U.S.C. 4212 to identify themselves to the Contractor. The invitation shall state that the information is voluntarily provided; that the information will be kept confidential; that disclosure or refusal to provide the information will not subject the applicant or employee to any adverse treatment; and that the information will be used only in accordance with the regulations promulgated under 38 U.S.C. 4212.

(f) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $25,000 or more unless exempted by rules, regulations, or orders of the Secretary.

[End of Clause]

## I.10  52.222-42  STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY:  IT IS NOT A WAGE DETERMINATION.

| Employee Class | Monetary Wage |
| --- | --- |
| 01040 Desk Clerk | GS 4,5 |
| 01310 Secretary | GS 5,6 |
| 07041 Cook I | WG 7,8 |
| 07042 Cook II | WG, 8 |
| 07070 Dishwasher | WG 3,4 |
| 07100 Food Service Worker | WG 3,4 |
| 11150 Janitor | WG 3,4 |
| 23370 General Maintenance Worker | WG 6,7 |
| 27101 Guard I | WG 4,5 |
| 90180 Accounting Clerk I | GS 4,5 |
| A0180 Accounting Clerk II | GS 5,6 |
| B0180 File Clerk | GS 4,5 |

## I.11  52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond September 30.  The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made.  No legal liability on the part of the Government for any payment may arise for performance under this contract beyond September 30, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

[End of Clause]

SECTION

I.12  52.244-6  SUBCONTRACTS FOR COMMERCIAL ITEMS (MAY 2001)

    (a) Definitions. As used in this clause—

       "Commercial item" has the meaning contained in the clause at 52.202-1, Definitions

       "Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

    (b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

    (c) (1) The following clauses shall be flowed down to subcontracts for commercial items

        (i)    52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

        (ii)   52.222-26, Equal Opportunity (FEB 1999) (E.O. 11246).

        (iii)  52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

        (iv)  52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

        (v)   52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (JUN 2000) (46 U.S.C. Appx 1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).

      (2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

    (d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

[End of Clause]

I.13  52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

    (a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

    (b) The use in this solicitation or contract of any Justice Acquisition Regulation clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

[End of Clause]

[END OF SECTION]