UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL,<br>Individually and as next best friend of<br>Cleveland McKinney, Jr.<br><br>    Plaintiff,<br><br>v.<br><br>BANNUM, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No.: 1:06-CV-00491<br>:  Judge: Rosemary M. Collyer<br>:<br>:<br>: |

## NOTICE OF FILING

Defendant, Bannum, Inc. ("Bannum" or "Defendant"), by and through counsel, CARR MALONEY P.C., hereby submits the attached CD-ROM as Exhibit D to its Motion for Summary Judgment and/or Motion to Dismiss, which was filed electronically on April 4, 2007.

Respectfully submitted,

CARR MALONEY P.C.

By: /s/ Kevin M. Murphy
Kevin M. Murphy, D.C. Bar #388476
Cedric D. Miller, D.C. Bar #464651
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing was mailed, postage pre-paid, on this 4th day of April, 2007, to:

>Gregory L. Lattimer, Esquire
>1100 H Street, N.W.
>Suite 920
>Washington, D.C. 20005
>
>Donald M. Temple, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005

/s/ Kevin M. Murphy
Kevin M. Murphy