UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,  :
Individually and as next best friend of  :
Cleveland McKinney, Jr.  :
                                        :
        Plaintiff,                  :
                                        :
      v.                              :   Case No.: 1:06-CV-00491
                                        :   Judge: Rosemary M. Collyer
BANNUM, INC.,                 :
                                        :
        Defendant.             :

## AFFIDAVIT OF DAVID A. LOWRY

Comes now, your affiant, David A. Lowry and states as follows under penalties of perjury:

1. I am over the age of 18 and am competent to testify. This information is provided upon my personal knowledge.

2. I was the Executive Director of Bannum, Inc. from 1984 through June 2006. Bannum Inc. is incorporated in Kentucky.

3. Bannum, Inc.'s primary business concern is that of an independent contractor that operates Community Corrections Centers ("CCC"), in several states within the United States, pursuant to contracts with the United States Department of Justice, Federal Bureau of Prisons ("BOP").

4. Pursuant to an Award/contract dated November 21, 2001, Bannum, Inc. received award of a contract with BOP to operate a CCC in the District of Columbia that would come to be known as Bannum Place of Washington, D.C. ("Bannum Place") *See* Exhibit C, attached to Bannum, Inc.'s Motion to Dismiss and/or for Summary Judgment.[1]

---

[1] Unless otherwise noted, all references to Exhibits refer to Bannum, Inc.'s Motion to Dismiss and/or for Summary Judgment, to which this Affidavit is also an Exhibit.

5. The Award/contract, by its terms, includes the Requests for Proposals, the Proposals, amendments, modifications and supplementation thereto, all of which are at Exhibit D, and the Statement of Work ("SOW"), which is at Exhibit E. These documents, Exhibit C, D and E, taken together, comprise the contract between Bannum, Inc. and BOP to operate Bannum Place in Washington, D.C.

6. The SOW describes the contract performance requirements established by BOP for the management and operation of the CCC, Bannum Place. See Exhibit E, pg. 1.

7. On May 3, 2003, Bannum, Inc. assigned the entire contract to operate the CCC to Bannum Place of Washington, D.C., Inc. *See* Exhibit A. Thereafter, Bannum Place of Washington, D.C., Inc., not Bannum, Inc., was the entity that performed the BOP contract (Exhibits C, D and E).

8. I was Executive Director of Bannum Place of Washington D.C., Inc. from 2003 and thereafter.

9. Exhibit F to the Motion to Dismiss and/or for Summary Judgment, which is a letter from Cathy Bellew, former Operations Director of Bannum, Inc., to the Honorable Anthony Williams, Mayor of the District of Columbia, dated April 10, 2001, accurately summarizes the understanding of Bannum, Inc. and the understanding of assignee Bannum Place of Washington, D.C., Inc. at the relevant time regarding certain of the terms and the manner of performance of the contract between Bannum, Inc. and BOP in regard to the operation of Bannum Place in Washington, D.C.

10. Exhibit L to the Motion to Dismiss and/or for Summary Judgment is an authentic copy of the Hold Harmless Agreement signed by Cleveland McKinney upon entering Bannum Place.

11. The CCC program at Bannum Place is voluntary and prison inmates are not required to release through the CCC program. In fact, some inmates choose not to participate in the CCC program. As such, Cleveland McKinney had the option of refusing the transfer to Bannum Place and completing his sentence elsewhere.

Further your affiant sayeth not.

I HEREBY CERTIFY that the above is true, based upon my personal knowledge, and under penalty of perjury.

_____
David A. Lowry

Sworn and subscribed before me this 26th day of February, 2007.

_____
Notary Public

My Commission Expires:

PATTI S. RICH
MY COMMISSION # DD 571065
EXPIRES: July 5, 2010
Bonded Thru Notary Public Underwriters

3