## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Corporation Act have been complied with and accordingly, this *CERTIFICATE OF AUTHORITY* is hereby issued to:

**BANNUM, INCORPORATED**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the 30th day of **April, 2001**.

Carlynn M. Fuller
Acting Director

Winnie R. Huston
Administrator
Business Regulation Administration

*Patricia E. Grays*
Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A.
Williams Mayor