GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Corporation Act have been complied with and accordingly, this *CERTIFICATE OF INCORPORATION* is hereby issued to:

**BANNUM PLACE OF WASHINGTON DC, INC.**

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed as of the 7th day of May, 2003.

David Clark
Director

Elizabeth O. Kim
Administrator
Business Regulation Administration

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor