## HOLD HARMLESS AGREEMENT

I agree to hold harmless, the contractor, its management and center staff in connection with their actions in properly enforcing the rule and regulations, and in the imposition of sanctions resulting from facts committed by me or perceived by management or staff as having been committed by me which would constitute a violation of the rules and regulations. Additionally, I understand the nature of the program and the type of resident referred to the program and accepted into the program, and I agree to hold harmless the contractor, its management and center staff in connection with any harmful acts occurring to me during my residency in the program at the Community Corrections Center, which result from inappropriate action upon me, other residents, or third parties. I understand the rules/regulation and sanctions; I have received a copy of them; and I agree to abide by them.

Resident Signature __Cleveland McKinney__ Date __5-5-05__

Staff Signature _____ Date __5/5/5__

## RESIDENT AGREEMENT

In consideration for acceptance into the Bannum program and in asking and gaining authorization to utilize my own vehicle (pending Bureau of Prisons Approval), I agree to hold harmless, the contractor, it's management and center staff in connection with and/or resulting from liability and damage or theft of the authorized vehicle or contents while on the Community treatment/Correction Center parking areas or property.

I understand I take full responsibility for my vehicle and its contents while on the Bannum program and assume all liability for the vehicle or contents while on the premises or in my operation of the vehicle, while in the program.

I agree to the condition in connection with authorization to drive and Bannum Program responsibility and liability.

Resident Signature __Cleveland McKinney__ Date __5-5-05__

Staff Signature _____ Date __5/5/05__