# REFERRAL FOR CCC PLACEMENT

| FROM: | Federal Bureau of Prisons<br>Mid-Atlantic Regional Office<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701 | TO: | ☐ Hope Village 2AA  ☐ Hope Village 2EE  ☐ Hope Village 2FF<br>☐ Comm Care 3CX  ☐ Shaw II 3CV  ☒ Bannum 2FF (circled)<br>☐ BPRC 2FH  ☐ Fairview 2AG |

Attn. Staff member: **Randa L. White** (signature)  Date Sent to CCC: **02/15/05**

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed materials and respond with your acceptance or denial (with reason) within five (5) working days of receipt of this packet. This form has been modified so you can simply complete the information at the bottom of this page and fax it back indicating your decision. Please call if additional information is required.

A. Inmate: **McKinney, Cleveland**  B. Reg. No.: **06020-007**

C. Requested Placement Date: **05/04/05**  D. "Projected" Release Date - Method: **09/16/05 - Exp FT**

E. Type of Referral:
- ☒ Institution Transfer from: **Raybrook**
- ☐ Direct Court Commitment
- ☐ USPO / CSOSA - Supervision Case
- ☐ Public Law - U.S. Parole Commission

F. Program Placement:
- ☐ Comm. Corr. Component (most restrictive)
- ☐ Until Team Recommends
- ☒ Pre-Release Component

G. Drug Treatment Requirements:
- ☐ DAP Graduate - § 3621E case (TS) **
- ☐ DAP Graduate - (TS) **
- ☐ ICC Drug Case - (TS) **
- ☐ Other Drug aftercare / test
- ☐ Alcohol Aftercare / test
- ☒ Mental Health Aftercare **Anger Management**

H. Urine testing Requirements:
- ☐ 4 urines per month
- ☒ Random testing per SOW

I. Eligible for Home Confinement on or after: **05/03/05**

J. For ICC cases only:
CCC: From ___/___/___  To ___/___/___
Home Confinement ___/___/___

K. "Special Instructions/Information" for contractor: **Relocation of supervision to Maryland approved.**

** (TS) required to participate in Transitional Services  Dist: CCC (Original), CCM (copy), TSM (copy)

I have reviewed this resident's case and: ☒ Agree to accept this case on (date): **05-04-05**
☐ Reject this case because (based on published rejection criteria): _____

Name: **Carol Brown**  Title: **Director**  Date: **02-23-05**

✓ FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL.
FAX NUMBER IS: (301) 317-3133.  PHONE NUMBER IS: (301) 317-3233.