## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL,<br>Individually and as next best friend of<br>Cleveland McKinney, Jr.<br><br>      Plaintiff,<br><br>  v.<br><br>BANNUM, INC.,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No.: 1:06-CV-00491<br>:  Judge: Rosemary M. Collyer<br>:<br>:<br>:<br>:<br>: |

### **ERRATA**

Attached please find Defendant Bannum, Inc.'s Statement of Material Facts Not in Dispute, which should be included with Defendant Bannum, Inc.'s Motion for Summary Judgment and/or Motion to Dismiss filed on April 4, 2007.

                                    Respectfully submitted,

                                    CARR MALONEY P.C.

     By:      /s/ Kevin M. Murphy_____
                  Kevin M. Murphy, D.C. Bar #388476
                  Cedric D. Miller, D.C. Bar #464651
                  1615 L Street, N.W.
                  Suite 500
                  Washington, D.C.  20036
                  (202) 310-5500 (Telephone)
                  (202) 310-5555 (Facsimile)

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing *Errata* was filed and served, electronically, on this 5th day of April, 2007, to:

          Gregory L. Lattimer, Esquire
          1100 H Street, N.W.
          Suite 920
          Washington, D.C. 20005

          Donald M. Temple, Esquire
          1229 15th Street, N.W.
          Washington, D.C. 20005


          /s/ Kevin M. Murphy
          Kevin M. Murphy