UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,  :
Individually and as next best friend of  :
Cleveland McKinney, Jr.  :
   :
   :
      Plaintiff,  :
   :
v.  :  Case No.: 1:06-CV-00491
   :  Judge: Rosemary M. Collyer
BANNUM, INC.,  :
   :
   :
      Defendant.  :

## DEFENDANT BANNUM, INC'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant, Bannum, Inc. ("Bannum" or "Defendant"), by and through counsel, CARR MALONEY P.C., respectfully submits this Notice of Plaintiff's Failure to File Opposition to Motion for Summary Judgment, and in support thereof states as follows:

1. Bannum filed its Motion for Summary Judgment on April 4, 2007, and Statement of Material Facts Not Genuinely in Dispute on April 5, 2007.

2. According to the Local Civil Rule 16.3 Statement filed by the parties, Plaintiff was required to file an Opposition to Defendant's Motion for Summary Judgment within 21 days after service of Defendant's Motion upon Plaintiff.

3. Therefore, Plaintiff was required to file an Opposition to Defendant's Motion for Summary Judgment no later than April 26, 2007.

4. However, as of the date of the filing of this Notice, Plaintiff has failed to oppose Defendant's Motion for Summary Judgment.

5. Plaintiff's Opposition is currently 19 days past the date such Opposition should

have been filed with the Court and served upon Defendant.

6. Plaintiff has failed to contact Defendant to offer an explanation regarding the delinquency of such Motion.

7. Pursuant to this Court's Local Civil Rule 7, the Court may treat Defendant's Motion for Summary Judgment as conceded.

8. Based upon the foregoing, Defendant Bannum, Inc. respectfully requests that the Court treat its Motion for Summary Judgment as conceded and that the Court enter judgment in favor of Bannum, Inc., and against Plaintiff, and that the Court dismiss Plaintiff's Complaint against Defendant, with prejudice, and award attorneys' fees and costs, and grant such other relief as this Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
Kevin M. Murphy, D.C. Bar #388476
Cedric D. Miller, D.C. Bar #464651
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Defendant Bannum, Inc.'s Notice of Plaintiff's Failure to File Opposition to Motion for Summary Judgment* was filed and served, electronically, on this 15th day of May, 2007, to:

>Gregory L. Lattimer, Esquire
>1100 H Street, N.W.
>Suite 920
>Washington, D.C. 20005
>
>Donald M. Temple, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005

_____
Cedric D. Miller