UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ESTER BEST MITCHELL,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-491 (RMC) |
| **BANNUM, INC.,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO SHOW CAUSE

On April 4, 2007, Defendant Bannum, Inc. filed a motion for summary judgment and/or dismissal in this matter. Plaintiff did not file a response[1] and on May 15, 2007, Bannum filed a "Notice of Plaintiff's Failure to File Opposition to Motion for Summary Judgment" noting that the Court may treat Bannum's motion as conceded. *See* LCvR 7(b) ("[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.").

Accordingly, it is hereby

**ORDERED** that, on or before **May 30, 2007**, Plaintiff shall **SHOW CAUSE** in writing why the Court should not grant Bannum's motion for summary judgment and/or dismissal [Dkt. # 12 &13].

**SO ORDERED**.

Date: May 16, 2007                                     /s/
                                                                   ROSEMARY M. COLLYER
                                                                   United States District Judge

---

[1] Pursuant to the Court's September 18, 2006, Scheduling Order dispositive motions must be filed by July 9, 2007 and responses by July 30, 2007 — a 21 day response period.