IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL, <br> Individually and as the next best friend of <br> Cleveland McKinney, Jr. <br><br> Plaintiffs, <br><br> v. <br><br> BANNUM, INC. <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 1:06-cv-0491(RMC) <br> * <br> * <br> * <br> * <br> * <br> * |

**PLAINTIFF'S CONSENT MOTION TO FURTHER EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the plaintiff, by and through counsel, and hereby moves the court for a further extension of time to respond to the defendant's motion for summary judgment. In support of this motion the plaintiff avers as follows:

1. Plaintiff's opposition to defendant's motion for summary judgment is currently due on September 24, 2007.

2. On September 6, 2007, the plaintiff was finally able to schedule and complete the depositions of John Rich, Arnold Rich and David Lowry, the Officers and Directors of Bannum, Inc., in Clearwater, Florida.

3. On September 7, 2007, the plaintiff conducted and completed the depositions of Hulon Willis, Jr., Carol Brown, Michael Ocasio, and Lucille D. Shorts, all of whom are former employees of Bannum, Inc.

4. The transcripts of those deposition were not received until September 19, & 20 respectively. In order to properly respond to defendant's motion for summary judgment,

plaintiff's counsel needs additional time to review the transcripts, and consult with her expert.

5. Counsel for the defendants has advised that he consents to the relief requested herein, and therefore, no prejudice will result from this Court granting the motion.

Wherefore for the reasons stated herein and in the record of this proceeding the plaintiff respectfully urges the Court to extend the time for her to file her opposition up to and including October 9, 2007.

                Respectfully submitted:

                Gregory L. Lattimer [371926]
                1100 H Street, N.W.
                Suite 920
                Washington, D.C. 20005
                (202) 638-0095

                Donald M. Temple [408749]
                1229 15th Street, N.W.
                Washington, D.C. 20005
                (202) 628-1101