IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL, \*
Individually and as the next best friend of \*
Cleveland McKinney, Jr. \*
                                                  \*
    Plaintiffs, \*
                                                  \*
                                                  \*
v. \*  Case No. 1:06-cv-0491(RMC)
                                                  \*
BANNUM, INC. \*
                                                  \*
    Defendant. \*
                                                  \*

**MOTION OF THE PLAINTIFF TO NAME HER EXPERT NUNC PRO TUNC**

      Comes now the plaintiff, by and through counsel, and hereby moves the court for an order allowing her to name her expert, nunc pro tunc. In support of this motion the plaintiff avers as follows:

      1. The plaintiff initially determined that expert testimony was not necessary in this case on the theories that were being advanced. However, upon further reflection and the fact that the defendant intends to present purported expert testimony which he identified after the time for naming experts had passed, the plaintiff is now of the opinion that expert testimony is necessary to properly present her case.

      2. Notwithstanding the determination that expert testimony is necessary, the plaintiff was only recently, on September 6, 2007, finally able to schedule and complete the depositions of John Rich, Arnold Rich and David Lowry, the Officers and Directors of Bannum, Inc., in Clearwater, Florida.

      3. Similarly, the plaintiff was unable to schedule and complete the depositions of

Hulon Willis, Jr., Carol Brown, Michael Ocasio, and Lucille D. Shorts, all of whom are former employees of Bannum, Inc., on September 7, 2007.

4. The transcripts of those deposition were not received until September 19, & 20 respectively. Each of those depositions are essential for plaintiff's expert to render a comprehensive report.

5. Should the Court allow plaintiff to name her expert, it will have no prejudicial effect on the administration of justice as there has been no pre-trial nor trial date scheduled in this matter.

Wherefore for the reasons set forth herein and in the record of this proceeding and because no prejudice of any kind will be caused by the Court granting this motion, the plaintiff respectfully urges that the Court allow the plaintiff until October 5, 2007 to name her expert in this case.

## CERTIFICATION OF COUNSEL

Prior to filing this motion, counsel for the plaintiff contacted counsel for the defendant, Kevin Murphy, who advised that he does not consent to the relief requested herein.

Respectfully submitted:

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Donald M. Temple [408749]

1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101