IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL  , <br> Individually and as the next best friend of <br> Cleveland McKinney, Jr. <br><br> Plaintiffs, <br><br> v. <br><br> BANNUM, INC. <br><br>   Defendant. | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* Case No. 1:06-cv-0491(RMC) <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

**MOTION OF THE PLAINTIFF FOR LEAVE TO AMEND HER COMPLAINT**

Comes now the plaintiff, by and through counsel, pursuant to F.R.C.P. 15, and hereby moves the court for an order allowing her to amend her complaint her complaint to name additional parties.  In support of this motion the plaintiff avers as follows:

1. The plaintiff initiated this lawsuit against Bannum, Inc.  However,  on September 6, 2007, when plaintiff was finally able to schedule and complete the depositions of John Rich, Arnold Rich and David Lowry, the Officers and Directors of Bannum, Inc., in Clearwater, Florida, she learned that Bannum, Inc., and Bannum Place, Inc., were nothing more than the alter egos of the three above named individuals.

2. The plaintiff learned that John Rich, Arnold Rich and David Lowry were in effect Bannum and that neither Bannum, Inc., nor Bannum Place, Inc., had a separate identity from its officers and directors who owned 100% of both of these companies.

3. Because Bannum, Inc., and Bannum Place, Inc, are nothing more than the alter egos of the individuals named above, the plaintiff seeks to amend her complaint to name the

three owners of Bannum as defendants in this matter to assure that any judgment that is recovered shall be satisfied.

      4. F.R.C.P. 15 urges that leave to amend be liberally granted when justice so dictates and particularly where there will be no prejudice to the present defendant given that plaintiff could simply file a second complaint.

      Wherefore for the reasons set forth herein and in the record of this proceeding and because no prejudice of any kind will be caused by the Court granting this motion, the plaintiff respectfully urges that the Court allow the plaintiff until October 5, 2007 to file an amended complaint.

## **CERTIFICATION OF COUNSEL**

      Prior to filing this motion, counsel for the plaintiff contacted counsel for the defendant, Kevin Murphy, who advised that he does not consent to the relief requested herein.

Respectfully submitted:

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Donald M. Temple [408749]
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101