UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTER BEST MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-491 (RMC) |
| ) | |
| BANNUM, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's motion to name expert [Dkt. # 20] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion for leave to amend complaint [Dkt. # 21] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. ## 12 & 13] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: October 19, 2007                    _____/s/_____
                                          ROSEMARY M. COLLYER
                                          United States District Judge