UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER BEST MITCHELL, : | |
| Individually and as next best friend of : | |
| Cleveland McKinney, Jr. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06-CV-00491 |
| : | Judge Rosemary M. Collyer |
| BANNUM, INC. : | |
| : | |
| Defendant. : | |

**ENTRY OF APPEARANCE**

Please withdraw the appearance of Cedric D. Miller, Esquire and enter the appearance of Ali A. Beydoun, Esquire as co-counsel for Defendant Bannum, Inc.

                Respectfully submitted,

                CARR MALONEY P.C.


      By:  /s/ Cedric D. Miller
              Kevin M. Murphy, D.C. Bar #388476
              Cedric D. Miller, D.C. Bar #464651
              Ali A. Beydoun, D.C. Bar #475413
              1615 L Street, N.W.
              Suite 500
              Washington, D.C. 20036
              (202) 310-5500 (Telephone)
              (202) 310-5555 (Facsimile)
              kmm@carrmaloney.com
              cdm@carrmaloney.com
              aab@carrmaloney.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served electronically on this 21st day of November, 2007, to:

    Gregory L. Lattimer, Esquire
    1100 H Street, N.W.
    Suite 920
    Washington, D.C.  20005

    Donald M. Temple, Esquire
    1229 15th Street, N.W.
    Washington, D.C.  20005


    /s/ Cedric D. Miller_____
    Cedric D. Miller